IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**PROGRESSIVE GULF INSURANCE**
**COMPANY, INC.** **PLAINTIFF**

v. CIVIL ACTION NO. 4:25-cv-003-SA-JMV

**JAMES LINDSAY JR.,**
**B.M.B, a minor, by and through**
**his unknown parent, next friend or**
**guardian; VERONICA DENISE MCDUFFY;**
**C.W.J. a minor, by and through**
**his unknown parent, next friend or**
**guardian; J.M.C. a minor, by and through**
**his unknown parent, next friend or**
**guardian** **DEFENDANTS**

**ORDER REQUIRING COMPLIANCE WITH FED. R. CIV. P. 5.2(a)(3) AND SECTION 9**
**OF THE ADMINISTRATIVE PROCEDURES FOR ELECTRONIC CASE FILING FOR**
**THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

This matter is before the Court, *sua sponte*, because Fed. R. Civ. P. 5.2(a)(3) and the administrative procedures of this Court instruct that if the involvement of a minor child must be mentioned in a document filed, only the initials of the minor child should be used.

Electronic filings that contain the name of an individual known to be a minor may include only the minor's initials. Fed. R. Civ. P. 5.2(a)(3); see also *Safeco Ins. Co. of America v. Blackwell*, Civil Action No. 3:19-CV-56-GHD-RP, 2019 WL 1281239, at *1 (N.D. Miss. Mar. 20, 2019). Per Local Rule 79(b), the court may sua sponte order a document to be sealed, though the order "must include particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons." L.U. Civ. R. 79(b).

B.M.B., C.W.J. and J.M.C. are identified as minors in the complaint but their full name is used, failing to comply with Fed. R. Civ. P. 5.2. [Doc. 1]. The Clerk shall restrict access to the complaint to the Court and the parties only. All filers of documents in this case must reference

the involved minors by initials only in all future filings.

**SO ORDERED**, this the 10th day of January, 2025.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**